No. 604. BAYARD ET AL. *v.* MARTIN. Supreme Court of Delaware. Certiorari denied. *Gerard P. Kavanaugh* for petitioners. *Daniel O. Hastings* and *William D. Donnelly* for respondent. 

No. 605. PIERCE *v.* AMERICAN COMMUNICATIONS CO., INC. C. A. 1st Cir. Certiorari denied. *David Rines* for petitioner. *Paul Kolisch* and *Robert L. Thompson* for respondent. 

No. 607. PIGOTT ET AL. *v.* DETROIT, TOLEDO & IRONTON RAILROAD CO. ET AL. C. A. 6th Cir. Certiorari denied. *Edward J. Fruchtman* and *Richard F. Watt* for petitioners. *Wayland K. Sullivan* for the Brotherhood of Railroad Trainmen, respondent.

No. 610. LEIDMAN *v.* BINGHAM ET AL., CONSTITUTING THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, ET AL. Court of Appeals of New York. Certiorari denied. *Irving Lemov* for petitioner. *Seymour B. Quel* for respondents. 

No. 627. COLLINS, TRUSTEE, ET AL. *v.* O'BRIEN ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William B. Collins* for petitioners. *Al. Philip Kane, Charles V. Koons* and *William A. Kehoe, Jr.* for respondents. 

No. 251, Misc. SHERIDAN *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. John Ben Shepperd,* Attorney General of Texas, and *Rudy G. Rice* and *A. M. LeCroix,* Assistant Attorneys General, for respondent.